July 20, 2017



# JUDGMENT

## The Fourteenth Court of Appeals

### IN THE MATTER OF W.D.H.

NO. 14-17-00164-CV

_____

This cause was heard on the transcript of the record. Having considered the record, this Court holds that there was no error in the judgment. The Court orders the judgment **AFFIRMED**.

We further order this decision certified below for observance.